IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: MICHAEL ULECKA ) | |
|    ANDREA ULECKA ) | CHAPTER 13 |
|    **Debtor(s)** ) | |
| ) | CASE NO. 18-16931-PMM |
| SANTANDER CONSUMER USA INC. ) | |
|    **Moving Party** ) | 11 U.S.C. 362 |
|    v. ) | |
| ) | |
| MICHAEL ULECKA ) | |
| ANDREA ULECKA ) | |
|    **Respondent(s)** ) | |
| ) | |
| SCOTT F. WATERMAN ) | |
|    **Trustee** ) | |

**ORDER VACATING THE AUTOMATIC STAY
AS TO PERSONAL PROPERTY**

  Upon the Certificate Of Default filed by Santander Consumer USA Inc., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

  ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's state court rights in the personal property described as a **2012 Chevrolet Malibu** bearing vehicle identification number 1G1ZB5E04CF178835 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date: **April 8, 2020**

*Patricia M. Mayer*
_____
UNITED STATES BANKRUPTCY JUDGE