United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael Ulecka  
Andrea Ulecka  
     Debtors

Case No. 18-16931-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: YvetteWD      Page 1 of 1      Date Rcvd: Apr 09, 2020  
                          Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2020.  
db/jdb        +Michael Ulecka,   Andrea Ulecka,   505 Harrison Street,   Emmaus, PA 18049-2334

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2020                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2020 at the address(es) listed below:

        KEVIN S. FRANKEL   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com  
        MICHAEL J. MCCRYSTAL   on behalf of Debtor Michael  Ulecka mccrystallaw@gmail.com, sueparalegal@gmail.com  
        MICHAEL J. MCCRYSTAL   on behalf of Joint Debtor Andrea  Ulecka mccrystallaw@gmail.com, sueparalegal@gmail.com  
        REBECCA ANN SOLARZ   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com  
        ROLANDO  RAMOS-CARDONA   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com  
        SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM  MILLER*R   on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
        WILLIAM EDWARD CRAIG   on behalf of Creditor   Santander Consumer USA Inc. ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                             TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: MICHAEL ULECKA ) | |
| ANDREA ULECKA ) | CHAPTER 13 |
| **Debtor(s)** ) | |
| ) | CASE NO. 18-16931-PMM |
| SANTANDER CONSUMER USA INC. ) | |
| **Moving Party** ) | 11 U.S.C. 362 |
| v. ) | |
| ) | |
| MICHAEL ULECKA ) | |
| ANDREA ULECKA ) | |
| **Respondent(s)** ) | |
| ) | |
| SCOTT F. WATERMAN ) | |
| **Trustee** ) | |

### ORDER VACATING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

Upon the Certificate Of Default filed by Santander Consumer USA Inc., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's state court rights in the personal property described as a **2012 Chevrolet Malibu** bearing vehicle identification number 1G1ZB5E04CF178835 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date: **April 8, 2020**

*Patricia M. Mayer*
UNITED STATES BANKRUPTCY JUDGE