| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 18-16931-PMM

MICHAEL ULECKA
ANDREA ULECKA
505 HARRISON STREET
EMMAUS PA 18049

Petition Filed Date: 10/18/2018
341 Hearing Date: 12/11/2018
Confirmation Date: 06/20/2019

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2019 | $300.00 | 17870356913 | 02/22/2019 | $140.00 | 17836628135 | 02/22/2019 | $160.00 | 17836628122 |
| 03/18/2019 | $300.00 | 17836628281 | 04/23/2019 | $300.00 | 17836762584 | 05/24/2019 | $300.00 | 208387217643 |
| 06/24/2019 | $300.00 | 208387208832 | 07/29/2019 | $300.00 | 17976814578 | 08/27/2019 | $300.00 | 17976814734 |
| 09/24/2019 | $300.00 | 17905999129 | 11/06/2019 | $300.00 | 208685259244 | 12/10/2019 | $300.00 | 17906251857 |
| 12/26/2019 | $300.00 | 17906251980 | 02/03/2020 | $300.00 |  | 03/02/2020 | $300.00 |  |
| 03/30/2020 | $300.00 |  | 05/11/2020 | $300.00 |  | 06/22/2020 | $300.00 |  |
| 08/03/2020 | $300.00 |  |  |  |  |  |  |  |

**Total Receipts for the Period: $5,400.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $6,000.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | AMERICAN INFOSOURCE LP »» 002 | Unsecured Creditors | $1,143.68 | $0.00 | $1,143.68 |
| 1 | CAVALRY INVESTMENTS LLC »» 001 | Unsecured Creditors | $429.48 | $0.00 | $429.48 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR »» 005 | Unsecured Creditors | $232.37 | $0.00 | $232.37 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR »» 006 | Unsecured Creditors | $98.88 | $0.00 | $98.88 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR »» 007 | Unsecured Creditors | $281.60 | $0.00 | $281.60 |
| 13 | US DEPT OF HUD »» 013 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC »» 009 | Unsecured Creditors | $760.75 | $0.00 | $760.75 |
| 10 | LVNV FUNDING LLC »» 010 | Unsecured Creditors | $1,458.16 | $0.00 | $1,458.16 |
| 11 | LVNV FUNDING LLC »» 011 | Unsecured Creditors | $165.52 | $0.00 | $165.52 |
| 3 | MIDFIRST BANK »» 003 | Mortgage Arrears | $11,488.54 | $3,152.89 | $8,335.65 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES »» 012 | Unsecured Creditors | $444.02 | $0.00 | $444.02 |
| 4 | SANTANDER CONSUMER USA »» 04S | Secured Creditors | $1,616.80 | $410.40 | $1,206.40 |
| 4 | SANTANDER CONSUMER USA »» 04U | Unsecured Creditors | $6,050.23 | $0.00 | $6,050.23 |

**Chapter 13 Case No. 18-16931-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 8 | UGI UTILITIES INC<br>»» 008 | Unsecured Creditors | $435.23 | $0.00 | $435.23 |
| 14 | McCRYSTAL LAW OFFICES<br>»» 014 | Attorney Fees | $1,600.00 | $1,600.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,000.00 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $5,163.29 | Arrearages: | $300.00 |
| Paid to Trustee: | $533.40 | Total Plan Base: | $18,000.00 |
| Funds on Hand: | $303.31 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.