| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 18-16931-PMM

MICHAEL ULECKA
ANDREA ULECKA
505 HARRISON STREET
EMMAUS PA 18049

Petition Filed Date: 10/18/2018
341 Hearing Date: 12/11/2018
Confirmation Date: 06/20/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/03/2020 | $300.00 | | 03/02/2020 | $300.00 | | 03/30/2020 | $300.00 | |
| 05/11/2020 | $300.00 | | 06/22/2020 | $300.00 | | 08/03/2020 | $300.00 | |
| 08/31/2020 | $300.00 | | 10/13/2020 | $300.00 | | 11/09/2020 | $300.00 | |
| 12/18/2020 | $300.00 | | 01/05/2021 | $300.00 | | 02/01/2021 | $100.00 | |
| 02/16/2021 | $200.00 | | 03/18/2021 | $300.00 | | 04/12/2021 | $300.00 | |

**Total Receipts for the Period: $4,200.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $8,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $1,143.68 | $0.00 | $1,143.68 |
| 1 | CAVALRY INVESTMENTS LLC<br>»» 001 | Unsecured Creditors | $429.48 | $0.00 | $429.48 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 005 | Unsecured Creditors | $232.37 | $0.00 | $232.37 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 006 | Unsecured Creditors | $98.88 | $0.00 | $98.88 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 007 | Unsecured Creditors | $281.60 | $0.00 | $281.60 |
| 13 | US DEPT OF HUD<br>»» 013 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 009 | Unsecured Creditors | $760.75 | $0.00 | $760.75 |
| 10 | LVNV FUNDING LLC<br>»» 010 | Unsecured Creditors | $1,458.16 | $0.00 | $1,458.16 |
| 11 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $165.52 | $0.00 | $165.52 |
| 3 | MIDFIRST BANK<br>»» 003 | Mortgage Arrears | $11,488.54 | $5,679.20 | $5,809.34 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $444.02 | $0.00 | $444.02 |
| 4 | SANTANDER CONSUMER USA<br>»» 04S | Secured Creditors | $410.40 | $410.40 | $0.00 |
| 4 | SANTANDER CONSUMER USA<br>»» 04U | Unsecured Creditors | $6,050.23 | $0.00 | $6,050.23 |
| 8 | UGI UTILITIES INC<br>»» 008 | Unsecured Creditors | $435.23 | $0.00 | $435.23 |

| 14 | McCRYSTAL LAW OFFICES »» 014 | Attorney Fees | $1,600.00 | $1,600.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,400.00 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $7,689.60 | Arrearages: | $900.00 |
| Paid to Trustee: | $710.40 | Total Plan Base: | $18,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.