Michael J. McCrystal, Esquire
326 Main Street
STE 1
Emmaus, PA 18049
(610) 262-7873

Attorneys for Respondents

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| Michael Ulecka and Andrea Ulecka | 21-11036 |
| Debtors | RESPONSE TO CERTIFICATION OF DEFAULT |
| Midland Mortgage | |
| Movant | |
| Vs. | |
| Michael Ulecka and Andrea Ulecka | |
| Respondents | |

Michael J. McCrystal, Esquire, attorney for the Respondents, Michael and Andrea Ulecka respond to the Certification of Default and aver:

1. Denied, this averment is strictly denied and it is averred that debtors were at all relevant times current.

151 Main Street                                    Certification of Default
STE A
Emmaus, PA 18049
 (610) 262-7873

WHEREFORE, Debtors pray this Honorable Court to deny the Certificate of Default and for such and other relief as is just and equitable.

Respectfully submitted,

/s/Michael J. McCrystal

_____
Michael J. McCrystal, Esquire

151 Main Street                                          Certification of Default
STE A
Emmaus, PA 18049
(610) 262-7873