Michael J. McCrystal, Esquire
326 Main Street
STE 1
Emmaus, PA 18049
(610) 262-7873

Attorneys for Respondents

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| Michael Ulecka and Andrea Ulecka | 21-11036 |
| Debtors | RESPONSE TO CERTIFICATION OF DEFAULT |
| Midland Mortgage | |
| Movant | |
| Vs. | |
| Michael Ulecka and Andrea Ulecka | |
| Respondents | |

Michael J. McCrystal, Esquire, attorney for the Respondents, Michael and Andrea Ulecka respond to the Certification of Default and aver:

1. Denied, this averment is strictly denied and it is averred that debtors were at all relevant times current.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

   WHEREFORE, Debtors pray this Honorable Court to deny the Certificate of Default and for such and other relief as is just and equitable.

                                        Respectfully submitted,

                                        /s/Michael J. McCrystal

                                        _____
                                        Michael J. McCrystal, Esquire

326 Main Street                                          Certification of Default
STE 1
Emmaus, PA 18049
 (610) 262-7873