Michael J. McCrystal, Esquire
326 Main Street
STE 1
Emmaus, PA 18049
(610) 262-7873

Attorneys for Respondents

```
          IN THE UNITED STATES BANKRUPTCY COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
                      READING DIVISION
```

| | |
|---|---|
| Michael Ulecka and Andrea Ulecka | 18-16931 |
| Debtors | AMENDED RESPONSE TO CERTIFICATION OF DEFAULT |
| Midland Mortgage | |
| Movant | |
| Vs. | |
| Michael Ulecka and Andrea Ulecka | |
| Respondents | |

Michael J. McCrystal, Esquire, attorney for the Respondents, Michael and Andrea Ulecka respond to the Certification of Default and aver:

1. Denied, this averment is strictly denied and it is averred that debtors were at all relevant times current.

326 Main Street                                    Certification of Default
STE 1
Emmaus, PA 18049
 (610) 262-7873

WHEREFORE, Debtors pray this Honorable Court to deny the Certificate of Default and for such and other relief as is just and equitable.

                              Respectfully submitted,

                              /s/Michael J. McCrystal

                              _____
                              Michael J. McCrystal, Esquire

326 Main Street                                                      Certification of Default
STE 1
Emmaus, PA 18049
(610) 262-7873