| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 18-16931-PMM

MICHAEL  ULECKA
ANDREA  ULECKA
505 HARRISON STREET
EMMAUS  PA    18049

Petition Filed Date: 10/18/2018
341 Hearing Date: 12/11/2018
Confirmation Date: 06/20/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/12/2021 | $300.00 | | 07/02/2021 | $200.00 | | 07/06/2021 | $100.00 | |
| 07/19/2021 | $300.00 | | 08/02/2021 | $300.00 | 8/2/2021 | 10/04/2021 | $600.00 | |
| 10/22/2021 | $600.00 | | 11/22/2021 | $600.00 | | 01/03/2022 | $300.00 | |
| 02/07/2022 | $300.00 | | 03/07/2022 | $300.00 | | 04/11/2022 | $300.00 | |
| 05/09/2022 | $300.00 | | 06/13/2022 | $300.00 | | 07/12/2022 | $300.00 | |

**Total Receipts for the Period:  $5,100.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $13,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | AMERICAN INFOSOURCE LP »» 002 | Unsecured Creditors | $1,143.68 | $0.00 | $1,143.68 |
| 1 | CAVALRY SPV INVESTMENTS LLC »» 001 | Unsecured Creditors | $429.48 | $0.00 | $429.48 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR »» 005 | Unsecured Creditors | $232.37 | $0.00 | $232.37 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR »» 006 | Unsecured Creditors | $98.88 | $0.00 | $98.88 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR »» 007 | Unsecured Creditors | $281.60 | $0.00 | $281.60 |
| 13 | US DEPT OF HUD »» 013 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC »» 009 | Unsecured Creditors | $760.75 | $0.00 | $760.75 |
| 10 | LVNV FUNDING LLC »» 010 | Unsecured Creditors | $1,458.16 | $0.00 | $1,458.16 |
| 11 | LVNV FUNDING LLC »» 011 | Unsecured Creditors | $165.52 | $0.00 | $165.52 |
| 3 | MIDFIRST BANK »» 003 | Mortgage Arrears | $11,488.54 | $10,077.20 | $1,411.34 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES »» 012 | Unsecured Creditors | $444.02 | $0.00 | $444.02 |
| 4 | SANTANDER CONSUMER USA »» 04S | Secured Creditors | $410.40 | $410.40 | $0.00 |
| 4 | SANTANDER CONSUMER USA »» 04U | Unsecured Creditors | $6,050.23 | $0.00 | $6,050.23 |
| 8 | UGI UTILITIES INC »» 008 | Unsecured Creditors | $435.23 | $0.00 | $435.23 |

| 14 | McCRYSTAL LAW OFFICES »» 014 | Attorney Fees | $1,600.00 | $1,600.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,200.00 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $12,087.60 | Arrearages: | $300.00 |
| Paid to Trustee: | $1,112.40 | Total Plan Base: | $18,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.