Michael J. McCrystal, Esquire
326 Main Street
STE 1
Emmaus, PA 18049
(610) 262-7873

Attorneys for Respondents

```
              IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA
                          READING DIVISION
```

| | |
|---|---|
| Michael Ulecka and Andrea Ulecka | 18-16931 |
| Debtors | RESPONSE TO CERTIFICATION OF DEFAULT |
| Midland Mortgage<br>    Movant | |
| Vs. | |
| Michael Ulecka and Andrea Ulecka<br>    Respondents | |

    Michael J. McCrystal, Esquire, attorney for the Respondent Michael and Andrea Ulecka responds to the Certification of Default and avers:

1.  Denied, this averment is strictly denied and it is averred that debtors were at all relevant times current.

326 Main Street        Certification of Default
STE 1
Emmaus, PA 18049
 (610) 262-7873

WHEREFORE, Debtors pray this Honorable Court to deny the Certificate of Default and for such and other relief as is just and equitable.

                                                    Respectfully submitted,

                                                    /s/Michael J. McCrystal

                                            _____
                                            Michael J. McCrystal, Esquire

326 Main Street                                                Certification of Default
STE 1
Emmaus, PA 18049
(610) 262-7873