### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Michael Ulecka and Andrea Ulecka

        Debtor(s)

Case No: 18−16931−pmm

Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Debtors' Objection to Certification of Default filed by Creditor MidFirst Bank Filed by Andrea Ulecka, Michael Ulecka

on: 7/27/23

at: 11:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date:  7/3/23

Timothy B. McGrath
Clerk of Court