United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Michael Ulecka  
Andrea Ulecka  
    Debtors

Case No. 18-16931-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 4  
Date Rcvd: Jul 03, 2023      Form ID: 167      Total Noticed: 40

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Ulecka, Andrea Ulecka, 505 Harrison Street, Emmaus, PA 18049-2334 |
| 14214824 | + | Borough of Emmaus, 28 South Fourth Street, Emmaus, PA 18049-3899 |
| 14214845 | + | Harleysville Natl B&t, First Niagra Bank / Harleysville B&T, Po Box 527, Lockport, NY 14095-0527 |
| 14452025 | + | Nationstar Mortgage, c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14214851 | | PPL Electric Uilities, Customer Services, 827 Hausman Road, Allentown, PA 18104-9392 |
| 14214852 | + | Prothonotary-CCP Lehigh, Case No. 2018-C-2357, 455 W. Hamilton Street, Allentown, PA 18101-1602 |
| 14214853 | + | RCN, 2124 Avenue C, Bethlehem, PA 18017-2120 |
| 14362425 | + | Santander Consumer USA Inc., c/o William E. Craig, Esquire, 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3124 |
| 14214855 | + | Shapiro and DeNardo LLC, 3600 Horizon Drive, STE 150, King of Prussia, PA 19406-4702 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 03 2023 23:40:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 14214822 | | Email/Text: ebn@americollect.com | Jul 03 2023 23:40:00 | Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 14214820 | + | Email/Text: bankruptcynotices@aarons.com | Jul 03 2023 23:41:00 | Aaron's Sales & Lease, Attn: Bankruptcy, Po Box 100039, Kennesaw, GA 30156-9239 |
| 14214821 | + | Email/Text: bankruptcy@acbhq.com | Jul 03 2023 23:40:00 | American Credit Bureau, Inc., 1200 North Federal Highway, Suite 200, Boca Raton, FL 33432-2813 |
| 14214823 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 03 2023 23:40:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 14214825 | + | Email/Text: bnc-capio@quantum3group.com | Jul 03 2023 23:40:00 | Capio Partners Llc, Attn: Bankruptcy, Po Box 3498, Sherman, TX 75091-3498 |
| 14216482 | + | Email/Text: bankruptcy@cavps.com | Jul 03 2023 23:41:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14214837 | + | Email/Text: bknotice@ercbpo.com | Jul 03 2023 23:40:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14214838 | ^ | MEBN | Jul 03 2023 23:38:57 | Financial Recoveries, Attn: Bankruptcy, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 14214842 | + | Email/Text: bnc-bluestem@quantum3group.com | Jul 03 2023 23:41:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 14214843 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14214844 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 03 2023 23:49:42 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| | | | Jul 03 2023 23:49:36 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14249320 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 03 2023 23:49:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14214846 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 03 2023 23:49:40 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14374259 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 03 2023 23:49:39 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14214847 | + | Email/Text: bankruptcy@sccompanies.com | Jul 03 2023 23:41:00 | Midnight Velvet, Swiss Colony/Midnight Velvet, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14214848 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 03 2023 23:40:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14451555 | ^ | MEBN | Jul 03 2023 23:38:57 | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14222042 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 03 2023 23:40:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14214849 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 03 2023 23:40:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14250757 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 03 2023 23:49:42 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14214850 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 03 2023 23:49:40 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14236083 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 03 2023 23:40:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14230600 | | Email/Text: bnc-quantum@quantum3group.com | Jul 03 2023 23:40:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14214854 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 03 2023 23:40:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14516858 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 03 2023 23:40:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14214856 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 03 2023 23:49:36 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 14219150 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 03 2023 23:49:39 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14302985 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jul 03 2023 23:49:40 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 14214857 | | Email/Text: bkrcy@ugi.com | Jul 03 2023 23:41:00 | UGI, PO Box 13009, Reading, PA 19612 |
| 14214858 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Jul 03 2023 23:40:00 | Westlake Financial Services, Customer Care, Po Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 31

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14214835 | *+ | Capio Partners LLC, Attn: Bankruptcy, Po Box 3498, Sherman, TX 75091-3498 |
| 14214826 | *+ | Capio Partners Llc, Attn: Bankruptcy, Po Box 3498, Sherman, TX 75091-3498 |
| 14214827 | *+ | Capio Partners Llc, Attn: Bankruptcy, Po Box 3498, Sherman, TX 75091-3498 |
| 14214828 | *+ | Capio Partners Llc, Attn: Bankruptcy, Po Box 3498, Sherman, TX 75091-3498 |
| 14214829 | *+ | Capio Partners Llc, Attn: Bankruptcy, Po Box 3498, Sherman, TX 75091-3498 |
| 14214830 | *+ | Capio Partners Llc, Attn: Bankruptcy, Po Box 3498, Sherman, TX 75091-3498 |
| 14214831 | *+ | Capio Partners Llc, Attn: Bankruptcy, Po Box 3498, Sherman, TX 75091-3498 |
| 14214832 | *+ | Capio Partners Llc, Attn: Bankruptcy, Po Box 3498, Sherman, TX 75091-3498 |
| 14214833 | *+ | Capio Partners Llc, Attn: Bankruptcy, Po Box 3498, Sherman, TX 75091-3498 |
| 14214834 | *+ | Capio Partners Llc, Attn: Bankruptcy, Po Box 3498, Sherman, TX 75091-3498 |
| 14214836 | *+ | Capio Partners Llc, Attn: Bankruptcy, Po Box 3498, Sherman, TX 75091-3498 |
| 14214839 | *+ | Financial Recoveries, Attn: Bankruptcy, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 14214840 | *+ | Financial Recoveries, Attn: Bankruptcy, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 14214841 | *+ | Financial Recoveries, Attn: Bankruptcy, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 14344662 | ##+ | Michael J. McCrystal, Esquire, 151 Main Street, Suite A, Emmaus, PA 18049-4026 |

TOTAL: 0 Undeliverable, 15 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| KEVIN S. FRANKEL | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com |
| MICHAEL J. MCCRYSTAL | on behalf of Debtor Michael Ulecka mccrystallaw@gmail.com sueparalegal@gmail.com |
| MICHAEL J. MCCRYSTAL | on behalf of Joint Debtor Andrea Ulecka mccrystallaw@gmail.com sueparalegal@gmail.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor MidFirst Bank mfarrington@kmllawgroup.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

District/off: 0313-4   User: admin   Page 4 of 4
Date Rcvd: Jul 03, 2023   Form ID: 167   Total Noticed: 40
TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Michael Ulecka and Andrea Ulecka
    Debtor(s)

Case No: 18−16931−pmm
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Debtors' Objection to Certification of Default filed by Creditor MidFirst Bank Filed by Andrea Ulecka, Michael Ulecka

on: 7/27/23

at: 11:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court

Date: 7/3/23

86 − 85
Form 167