| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 18-16931-PMM

MICHAEL  ULECKA
ANDREA  ULECKA
505 HARRISON STREET
EMMAUS  PA    18049

Petition Filed Date: 10/18/2018
341 Hearing Date: 12/11/2018
Confirmation Date: 06/20/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/15/2022 | $300.00 | | 09/13/2022 | $300.00 | | 10/18/2022 | $300.00 | |
| 11/15/2022 | $300.00 | | 01/17/2023 | $600.00 | | 03/24/2023 | $300.00 | |
| 05/18/2023 | $300.00 | | 05/22/2023 | $600.00 | | 07/18/2023 | $300.00 | |

**Total Receipts for the Period: $3,300.00    Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $16,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | T-MOBILE USA INC<br>»» 002 | Unsecured Creditors | $1,143.68 | $160.38 | $983.30 |
| 1 | CAVALRY SPV INVESTMENTS LLC<br>»» 001 | Unsecured Creditors | $429.48 | $50.03 | $379.45 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 005 | Unsecured Creditors | $232.37 | $32.59 | $199.78 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 006 | Unsecured Creditors | $98.88 | $0.00 | $98.88 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 007 | Unsecured Creditors | $281.60 | $39.49 | $242.11 |
| 13 | US DEPT OF HUD<br>»» 013 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 009 | Unsecured Creditors | $760.75 | $106.68 | $654.07 |
| 10 | LVNV FUNDING LLC<br>»» 010 | Unsecured Creditors | $1,458.16 | $204.48 | $1,253.68 |
| 11 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $165.52 | $19.28 | $146.24 |
| 3 | MIDFIRST BANK<br>»» 003 | Mortgage Arrears | $11,488.54 | $11,488.54 | $0.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $444.02 | $51.73 | $392.29 |
| 4 | SANTANDER CONSUMER USA<br>»» 04S | Secured Creditors | $410.40 | $410.40 | $0.00 |
| 4 | SANTANDER CONSUMER USA<br>»» 04U | Unsecured Creditors | $6,050.23 | $848.45 | $5,201.78 |
| 8 | UGI UTILITIES INC<br>»» 008 | Unsecured Creditors | $435.23 | $50.70 | $384.53 |
| 14 | McCRYSTAL LAW OFFICES<br>»» 014 | Attorney Fees | $1,600.00 | $1,600.00 | $0.00 |

**Chapter 13 Case No. 18-16931-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,500.00 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $15,062.75 | Arrearages: | $600.00 |
| Paid to Trustee: | $1,388.40 | Total Plan Base: | $18,000.00 |
| Funds on Hand: | $48.85 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.