Certificate Number: 13858-PAE-DE-037957495

Bankruptcy Case Number: 18-16931



13858-PAE-DE-037957495

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 20, 2023, at 6:18 o'clock PM EST, Andrea Ulecka completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 20, 2023              By:    /s/Regina Whitman

                                       Name:  Regina Whitman

                                       Title: Counselor