United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 18-16931-pmm
Michael Ulecka     Chapter 13
Andrea Ulecka
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 4
Date Rcvd: Nov 24, 2023     Form ID: 138OBJ     Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Ulecka, Andrea Ulecka, 505 Harrison Street, Emmaus, PA 18049-2334 |
| 14214824 | + | Borough of Emmaus, 28 South Fourth Street, Emmaus, PA 18049-3899 |
| 14214845 | + | Harleysville Natl B&t, First Niagra Bank / Harleysville B&T, Po Box 527, Lockport, NY 14095-0527 |
| 14452025 | + | Nationstar Mortgage, c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14214851 | | PPL Electric Uilities, Customer Services, 827 Hausman Road, Allentown, PA 18104-9392 |
| 14214852 | + | Prothonotary-CCP Lehigh, Case No. 2018-C-2357, 455 W. Hamilton Street, Allentown, PA 18101-1602 |
| 14214853 | + | RCN, 2124 Avenue C, Bethlehem, PA 18017-2120 |
| 14362425 | + | Santander Consumer USA Inc., c/o William E. Craig, Esquire, 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3124 |
| 14214855 | + | Shapiro and DeNardo LLC, 3600 Horizon Drive, STE 150, King of Prussia, PA 19406-4702 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Nov 25 2023 01:26:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 25 2023 01:27:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14214822 | | Email/Text: ebn@americollect.com | Nov 25 2023 01:27:00 | Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 14214820 | + | Email/Text: bankruptcynotices@aarons.com | Nov 25 2023 01:27:00 | Aaron's Sales & Lease, Attn: Bankruptcy, Po Box 100039, Kennesaw, GA 30156-9239 |
| 14214821 | + | Email/Text: bankruptcy@acbhq.com | Nov 25 2023 01:27:00 | American Credit Bureau, Inc., 1200 North Federal Highway, Suite 200, Boca Raton, FL 33432-2813 |
| 14214823 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 25 2023 01:26:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 14214825 | + | Email/Text: bnc-capio@quantum3group.com | Nov 25 2023 01:27:00 | Capio Partners Llc, Attn: Bankruptcy, Po Box 3498, Sherman, TX 75091-3498 |
| 14216482 | + | Email/Text: bankruptcy@cavps.com | Nov 25 2023 01:27:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14214837 | + | Email/Text: bknotice@ercbpo.com | Nov 25 2023 01:27:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14214838 | ^ | MEBN | Nov 25 2023 01:06:16 | Financial Recoveries, Attn: Bankruptcy, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 14214842 | + | Email/Text: bnc-bluestem@quantum3group.com | | |

Case 18-16931-pmm    Doc 106    Filed 11/26/23    Entered 11/27/23 00:11:23    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 24, 2023 | Form ID: 138OBJ | Total Noticed: 41 |

| Recipient ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14214843 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 25 2023 01:27:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 14214844 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 25 2023 01:40:02 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14249320 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 25 2023 01:40:04 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14214846 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 25 2023 01:39:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14374259 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Nov 25 2023 01:40:03 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14214847 | + | Email/Text: bankruptcy@sccompanies.com | Nov 25 2023 01:40:07 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14214848 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 25 2023 01:27:00 | Midnight Velvet, Swiss Colony/Midnight Velvet, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14451555 | ^ | MEBN | Nov 25 2023 01:26:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14222042 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 25 2023 01:06:22 | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14214849 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 25 2023 01:26:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14250757 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 25 2023 01:26:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14214851 | ^ | MEBN | Nov 25 2023 01:40:07 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14214850 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 25 2023 01:06:38 | PPL Electric Uilities, Customer Services, 827 Hausman Road, Allentown, PA 18104-9392 |
| 14236083 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 25 2023 01:39:57 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14230600 | | Email/Text: bnc-quantum@quantum3group.com | Nov 25 2023 01:27:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14214854 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 25 2023 01:27:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14516858 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 25 2023 01:27:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14214856 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 25 2023 01:27:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14219150 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 25 2023 01:40:08 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 14302985 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Nov 25 2023 01:50:22 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14214857 | | Email/Text: bkrcy@ugi.com | Nov 25 2023 01:39:58 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 14214858 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Nov 25 2023 01:27:00 | UGI, PO Box 13009, Reading, PA 19612 |
| | | | Nov 25 2023 01:27:00 | Westlake Financial Services, Customer Care, Po Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14214835 | *+ | Capio Partners LLC, Attn: Bankruptcy, Po Box 3498, Sherman, TX 75091-3498 |
| 14214826 | *+ | Capio Partners Llc, Attn: Bankruptcy, Po Box 3498, Sherman, TX 75091-3498 |
| 14214827 | *+ | Capio Partners Llc, Attn: Bankruptcy, Po Box 3498, Sherman, TX 75091-3498 |
| 14214828 | *+ | Capio Partners Llc, Attn: Bankruptcy, Po Box 3498, Sherman, TX 75091-3498 |
| 14214829 | *+ | Capio Partners Llc, Attn: Bankruptcy, Po Box 3498, Sherman, TX 75091-3498 |
| 14214830 | *+ | Capio Partners Llc, Attn: Bankruptcy, Po Box 3498, Sherman, TX 75091-3498 |
| 14214831 | *+ | Capio Partners Llc, Attn: Bankruptcy, Po Box 3498, Sherman, TX 75091-3498 |
| 14214832 | *+ | Capio Partners Llc, Attn: Bankruptcy, Po Box 3498, Sherman, TX 75091-3498 |
| 14214833 | *+ | Capio Partners Llc, Attn: Bankruptcy, Po Box 3498, Sherman, TX 75091-3498 |
| 14214834 | *+ | Capio Partners Llc, Attn: Bankruptcy, Po Box 3498, Sherman, TX 75091-3498 |
| 14214836 | *+ | Capio Partners Llc, Attn: Bankruptcy, Po Box 3498, Sherman, TX 75091-3498 |
| 14214839 | *+ | Financial Recoveries, Attn: Bankruptcy, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 14214840 | *+ | Financial Recoveries, Attn: Bankruptcy, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 14214841 | *+ | Financial Recoveries, Attn: Bankruptcy, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 14344662 | ##+ | Michael J. McCrystal, Esquire, 151 Main Street, Suite A, Emmaus, PA 18049-4026 |

TOTAL: 0 Undeliverable, 14 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 26, 2023                    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| KEVIN S. FRANKEL | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com |
| MICHAEL J. MCCRYSTAL | on behalf of Debtor Michael Ulecka mccrystallaw@gmail.com sueparalegal@gmail.com;mccrystal.mikeb130939@notify.bestcase.com |
| MICHAEL J. MCCRYSTAL | on behalf of Joint Debtor Andrea Ulecka mccrystallaw@gmail.com sueparalegal@gmail.com;mccrystal.mikeb130939@notify.bestcase.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor MidFirst Bank mfarrington@kmllawgroup.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | |

District/off: 0313-4     User: admin     Page 4 of 4
Date Rcvd: Nov 24, 2023     Form ID: 138OBJ     Total Noticed: 41

ECFMail@ReadingCh13.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG

on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Michael Ulecka and Andrea Ulecka

    Debtor(s)

Case No: 18−16931−pmm

Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    United States Bankruptcy Court
    Office of the Clerk, Gateway Building
    201 Penn Street, 1st Floor
    Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/24/23