# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Andrea Ulecka** | **BK NO. 18-16931 PMM** |
| **Michael Ulecka** | |
| **Debtor(s)** | **Chapter 13** |
| **MidFirst Bank** | **Related to Claim No. 3** |
| **Movant** | |
| **vs.** | |
| **Andrea Ulecka** | |
| **Michael Ulecka** | |
| **Debtor(s)** | |
| **Scott Waterman,** | |
| **Trustee** | |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on September 16, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Andrea Ulecka
505 Harrison Street
Emmaus, PA 18049

Michael Ulecka
505 Harrison Street
Emmaus, PA 18049

Attorney for Debtor(s)
MICHAEL J. MCCRYSTAL, ESQUIRE
326 Main Street
Ste 1
Emmaus, PA 18049

Trustee
Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service: electronic means or first class mail

Dated: September 16, 2022

/s/Rebecca A. Solarz Esquire
Rebecca A. Solarz Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-825-6327
rsolarz@kmllawgroup.com